```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3167 |
| v. | ) | |
| CRISTOBAL CAMACHO, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED,

The motion of Joseph F. Gross, Jr., to withdraw as counsel for defendant Cristobal Camacho, filing 29, is granted.

DATED this 16th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge