```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3167 |
| v. | ) | |
| CRISTOBAL CAMACHO, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion, filing 31, to file "Motion for Release from Detention and Request for Evidentiary Hearing" under seal is granted and defendant shall file the motion under seal.

DATED this 4th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge