```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )            4:07CR3167
                               )
          v.                   )
                               )
CRISTOBAL CAMACHO,             )            ORDER
                               )
               Defendant.      )
                               )
```

IT IS ORDERED:

Plaintiff's motion to seal, filing 40, is granted.  The clerk is directed to file document number 41 under seal.

DATED this 15th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge